UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANGRADE, INC.,<br><br>       Plaintiff,<br><br>    v.<br><br>SYNOPSYS, INC.,<br><br>       Defendant. | Case No. 25-cv-01381-NW<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Re: ECF No. 99 |

On January 16, 2026, the Court granted in part Defendant Synopsys Inc.'s motion to dismiss or strike portions of Plaintiff Cangrade, Inc's second amended complaint. ECF No. 81. In particular, the Court dismissed with leave to amend Cangrade's claims for trade secret misappropriation to the extent it sought exemplary damages or redress for willful trade secret misappropriation. *Id.* at 8. On February 20, 2026, Cangrade filed a motion for leave to file a motion for reconsideration of the Court's Order. ECF No. 99. Though not required under N.D. Cal. Civ. L. R. 7-9(d), Synopsys has not opposed and the time for filing an opposition has passed.

Having considered the lack of opposition, the arguments put forth in Cangrade's brief, and the relevant law, the Court GRANTS Cangrade's motion for leave to file a motion for reconsideration. Cangrade may file a motion for reconsideration of no more than 10 pages by Wednesday, March 25, 2026. Synopsys may file an opposition of no more than 10 pages by Wednesday, April 1, 2026. Cangrade may file a reply of no more than 5 pages by Wednesday, April 8, 2026. The Court sets a hearing for Wednesday, April 29, 2026, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: March 17, 2026

_____

Noël Wise
United States District Judge

United States District Court
Northern District of California