UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANGRADE, INC., | Case No.  25-cv-01381-NW (SVK) |
| Plaintiff, | |
| v. | **DISCOVERY ORDER IN RE DKT. 106** |
| | Re: Dkt. No. 106 |
| SYNOPSYS, INC., | |
| Defendant. | |

Before the Court is the Parties' Joint Submission regarding Cangrade's Request for Production ("RFP") 18 directed to communications between Synopsys and the acquirers of a Synopsys business unit regarding the breach and fall-out which are the underpinnings of this suit. Dkt. 106.  The Court has reviewed Joint submission, the relevant law and the litigation history between the Parties and determined that this matter maybe resolved without oral argument.  Civil L.R. 7-1(b).

Cangrade's request is **DENIED** as neither relevant nor proportional to the needs of the litigation, as mandated by Federal Rule of Civil Procedure 26(b)(1).  Cangrade's leading argument is that because it had to produce communications with its investors regarding the breach and its consequences, so should Synopsys have to produce communications with the business unit acquirors.  Dkt. 106 at 2.  The argument is insupportable as anything other than "tit for tat."  As Synopsys points out, "[t]he perceived salable value of Cangrade is directly relevant to the damages it claims (*i.e.*, lost value of the company), while the post hoc sale of [the business unit] is not." Dkt. 106 at 5.  The Court agrees.  Additional factors undermining any semblance of relevance or proportionality include the following:  (1) the underlying facts of this suit occurred in late 2023, whereas Synopsys's sale of the business unit (which was the unit involved in the incident giving rise to suit), was announced in May of 2024 and concluded in October 2024;  (2) Synopsys states,

and Cangrade does not refute, that "no attorneys from the sale of [the business unit] had a hand in the GitHub investigation or the litigation that ensued," (Dkt. 106 at 5); and (3) searching all communications between unrelated counsel for a statement relating to the facts underlying this case is simply not proportional to the litigation. For all of the foregoing reasons, the request is **DENIED**.

**SO ORDERED.**

Dated: March 24, 2026

_____
SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California

2