**WILLKIE FARR & GALLAGHER LLP**
Krista S. Schwartz (Bar No. 303604)
kschwartz@willkie.com
Barrington Dyer (Bar No. 264762)
bdyer@willkie.com
Rupali Singhal (Bar No. 350514)
rsinghal@willkie.com
Jacob Karim (Bar No. 340376)
jkarim@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400

**WILLKIE FARR & GALLAGHER LLP**
Mitchell M. Feldhake (*Pro Hac Vice*)
mfeldhake@willkie.com
300 North LaSalle Drive
Chicago, IL 60654
Telephone: (312) 728-9000

Attorneys for Defendant
SYNOPSYS, INC.

**ARENTFOX SCHIFF LLP**
MATTHEW B. MOCK (SBN 316380)
matthew.mock@afslaw.com
ELISE L. BONINE (SBN 349871)
elise.bonine@afslaw.com
44 Montgomery Street, 38th Floor
San Francisco, CA  94104
Tel: 415.757.5500/Fax: 415.757.5501

**ARENTFOX SCHIFF LLP**
HOWARD J. SUSSER (*pro hac vice*)
howard.susser@afslaw.com
LAURA L. CARROLL (*pro hac vice*)
laura.carroll@afslaw.com
800 Boylston Street, 32nd Floor
Boston, MA 02199
Tel: 617.973.6100/Fax: 617.367.2315

Attorneys for Plaintiff
CANGRADE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CANGRADE, INC.,<br><br>                          Plaintiff,<br><br>     vs.<br><br>SYNOPSYS, INC.,<br><br>                          Defendant. | Case No. 5:25-cv-01381-NW<br><br>**AMENDED JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING TRADE SECRET CLAIMS, RETAINING JURISDICTION, AND AMENDING SCHEDULE**<br><br>Ctrm.:     3, 5th Floor – San Jose<br>Judge:     Honorable Noël Wise<br><br>Complaint Filed:  2/10/2025<br>Trial Date: 2/1/2027 |

Plaintiff Cangrade, Inc. ("Cangrade") and Defendant Synopsys, Inc. ("Synopsys") (collectively, "the Parties"), by and through their respective undersigned counsel, seek to narrow the disputes for effective resolution of this matter and to reduce the amount of imminent discovery obligations including numerous outstanding third-party subpoenas and depositions relating to claims hereby dismissed, and hereby submit this stipulated request for an order dismissing Cangrade's Defend Trade Secrets Act (Count I) and California Uniform Trade Secrets Act (Count II) claims without prejudice pending acceptance of the Parties' stipulations, which dismissal shall be with prejudice either upon stipulated dismissal of the above captioned action (this "Action") under Federal Rule of Civil Procedure 41(a)(1)(A) or final judgment of this Action by the Court;

WHEREAS, Cangrade has asserted claims alleging violations of the Defend Trade Secrets Act (Count I) and California Uniform Trade Secrets Act (Count II) (collectively the "Trade Secret Claims") against Synopsys; and Synopsys has denied all allegations of, and liability for, the Trade Secret Claims and has asserted certain defenses;

WHEREAS, on March 25, 2026, Cangrade filed a Motion For Partial Reconsideration (ECF 111) of this Court's January 16, 2026 Order granting in part and denying in part Defendant Synopsys' motion to dismiss Cangrade's Second Amended Complaint (ECF 81), which dismissed Cangrade's request for exemplary damages under the Defend Trade Secrets Act and the California Uniform Trade Secrets Act;

WHEREAS, this Stipulation and Order to dismiss Cangrade's Trade Secret Claims effectively moots Cangrade's Motion For Partial Reconsideration (ECF 111), and therefore, Cangrade respectfully withdraws its Motion For Partial Reconsideration herein;

WHEREAS, the Parties agree that dismissal of the Trade Secret Claims should narrow discovery, and that, following entry of this Stipulation and Order, no Party will seek or compel discovery, expert opinions, motion practice, or trial evidence directed solely to the dismissed Trade Secret Claims, except that discovery may proceed to the extent it is independently relevant and proportional to the remaining breach of contract claim (Count III);

WHEREAS, Synopsys has subpoenaed multiple third parties for documents and depositions relating to defense of the Trade Secret Claims and, following entry of this Stipulation and Order, Synopsys will withdraw all pending depositions of third parties that relate solely to the Trade Secret Claims, including, without limitation, of Cangrade competitors;

WHEREAS, the parties have completed a significant amount of discovery relating to Cangrade's breach of contract claim (Count III), but have remaining discovery, including deposition discovery, to complete on that claim;

NOW THEREFORE, the Parties hereby jointly stipulate and request that: (1) the Court dismiss Cangrade's Trade Secret Claims (Counts I and II) without prejudice, which dismissal shall be with prejudice either upon stipulated dismissal of this Action under Federal Rule of Civil Procedure 41(a)(1)(A) by the Parties or final judgment of this Action by this Court; (2) the Court retain supplemental jurisdiction under 28 USC § 1367(c) over the remaining non-federal-question breach of contract claim (Count III) through trial, post-trial proceedings, and any post-appeal proceedings; and (3) that neither Party will contest that a separate state or federal lawsuit based-on, derived-from, or otherwise reasserting or seeking any relief as to some, all, or any part of the dismissed Trade Secret Claims (Counts I and II) during the pendency of this Action is barred by the duplicative-litigation doctrine.  Dismissal of the Trade Secret Claims (Counts I and II) shall be contingent upon the Court's retention of supplemental jurisdiction under 28 USC § 1367(c) over the remaining non-federal-question breach of contract claim (Count III).  Following entry of this Stipulation and Order, each Party shall bear its own fees, costs and expenses associated with the dismissed Trade Secret Claims (Counts I and II).

FURTHERMORE, pursuant to Federal Rule of Civil Procedure 16(b)(4) and Civil Local Rule 6-2, the Parties respectfully request the Amended Case Schedule below for good cause.  The Parties seek to expeditiously engage in Court-sponsored mediation ordered by this Court (ECF 113) by early June to attempt resolution of the remaining claim for breach of contract (Count III).  The requested amendments will accelerate Court-sponsored mediation ordered by this Court, preserve the February 1, 2027 trial date, and extend some discovery deadlines by one month so that the Parties

- 2 -

can focus on mediation in the coming weeks and potentially avoid incurring additional time and expense of completing all remaining discovery before engaging in mediation.  No prior changes to the case schedule have been made since entry of the Court's scheduling order.  (ECF 103.)

The Parties, by and through their respective undersigned counsel, hereby submit the following revised stipulated Amended Case Schedule:

| Scheduled Event | Current Deadline | Revised Proposed Deadline |
| --- | --- | --- |
| Deadline to Complete ADR (mediation) | October 30, 2026 | June 18, 2026 |
| Close of Fact Discovery | June 19, 2026 | July 20, 2026 |
| Opening Expert Reports | July 17, 2026 | August 19, 2026 |
| Rebuttal Expert Reports | August 14, 2026 | September 15, 2026 |
| Close of Expert Discovery | September 4, 2026 | October 2, 2026 |
| Deadline to File Dispositive Motions and Daubert Motions | Motions: September 25, 2026 | Motions: October 20, 2026 |
| Responses to Dispositive/Daubert Motions | October 9, 2026 | November 6, 2026 |
| Replies on Dispositive/Daubert Motions | October 16, 2026 | November 13, 2026 |
| Hearing on Dispositive and Daubert Motions | November 18, 2026 at 9:00 a.m. | December 2, 2026, at 9:00 a.m. |
| Deadline to File Joint Pretrial Statement*[1] | December 30, 2026 | December 30, 2026 |
| Final Pretrial Conference* | January 13, 2027 at 2:00 p.m. | January 13, 2027 at 2:00 p.m. |
| Trial* | February 1, 2027 at 9:00 a.m. | February 1, 2027 at 9:00 a.m. |
| Length of Trial* | 5 days | 5 days |

[1] * Indicates deadlines unchanged by this stipulated Amended Case Schedule.

- 3 -
AMENDED JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING
TRADE SECRET CLAIMS, RETAINING JURISDICTION, AND AMENDING SCHEDULE
Case No. 5:25-cv-01381-NW

Dated:  May 15, 2026                    Respectfully submitted,

                                        WILLKIE FARR & GALLAGHER LLP


                                        By:    /s/ Barrington Dyer
                                               Krista S. Schwartz
                                               Barrington Dyer
                                               Rupali Singhal
                                               Jacob Karim
                                               Mitchell M. Feldhake

                                               Attorneys for Defendant
                                               SYNOPSYS, INC.


Dated:  May 15, 2026                    Respectfully Submitted,

                                        ARENTFOX SCHIFF LLP

                                        By:    /s/ Howard Susser
                                               Howard Susser
                                               Matthew B. Mock
                                               Laura L. Carroll
                                               Elise L. Bonnie

                                               Attorneys for Plaintiff CANGRADE, INC.

- 4 -
AMENDED JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING
TRADE SECRET CLAIMS, RETAINING JURISDICTION, AND AMENDING SCHEDULE
Case No. 5:25-cv-01381-NW

**SIGNATURE ATTESTATION**

I hereby attest that I have obtained the authorization from the signatories to this e-filed document and have been authorized to indicate their consent by a conformed signature (/s/) within this e-filed document.

_/s/ Barrington Dyer_
Barrington Dyer

AMENDED JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING
TRADE SECRET CLAIMS, RETAINING JURISDICTION, AND AMENDING SCHEDULE
Case No. 5:25-cv-01381-NW

# [PROPOSED] ORDER

Pursuant to the Parties' stipulation, and good cause appearing, IT IS SO ORDERED THAT:

Cangrade's Trade Secret Claims (Counts I and II) are DISMISSED WITHOUT PREJUDICE, which dismissal shall be with prejudice either upon stipulated dismissal of this Action under Federal Rule of Civil Procedure 41(a)(1)(A) by the Parties or final judgment of this Action by this Court;

Cangrade's Motion For Partial Reconsideration (ECF 111) is deemed withdrawn and taken off-calendar;

Each Party shall bear its own fees, costs and expenses associated with the dismissed Trade Secret Claims;

The Court will continue to exercise its discretion and retain jurisdiction over the nonfederal-question contract claim (Count III) through trial, post-trial proceedings, and any post-appeal proceedings;

The Court adopts the stipulated Amended Case Schedule.

**IT IS SO ORDERED**.

Dated: __May 15__, 2026

_____
HONORABLE NOËL WISE
UNITED STATES DISTRICT JUDGE

AMENDED JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING TRADE SECRET CLAIMS, RETAINING JURISDICTION, AND AMENDING SCHEDULE
Case No. 5:25-cv-01381-NW